WILLIAM HOLLINGSWORTH, Respondent, *v.* THE LONG ISLAND
RAILROAD COMPANY, Appellant.

*Hollingsworth* v. *L. I. R. R. Co.*, 91 Hun, 641, affirmed.
(Argued June 21, 1898; decided October 4, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the second judicial department, entered

December 10, 1895, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*William J. Kelly* for appellant.

*Augustus N. Weller* and *Jacob Fromme* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., absent.